February 16, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

FARMERS INSURANCE EXCHANGE AND ALLSTATE COUNTY MUTUAL INSURANCE COMPANY, Appellants

NO. 14-10-00995-CV            V.

JUAN RODRIGUEZ, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Juan Rodriguez, signed 8/12/10, was heard on the transcript of the record. We have inspected the record and find the trial court erred in that it did not have jurisdiction to enter a judgment against Farmers, as Rodriguez's claims against Farmers were not ripe. Therefore, as to the claims against Farmers, we **REVERSE** the trial court's judgment and **RENDER** judgment that those claims be dismissed for lack of subject-matter jurisdiction.

Further, we find no error in the trial court's grant of summary judgment and declaratory judgment in favor of Rodriguez against Allstate, and that portion of the declaratory judgment is **AFFIRMED**.

We order that each party shall pay its own costs incurred in this appeal. We further order this decision certified below for observance.